| | |
|---|---|
| 1 | Laura L. Ho (SBN 173179) |
|   | lho@gbdhlegal.com |
| 2 | Byron Goldstein (SBN 289306) |
|   | brgoldstein@gbdhlegal.com |
| 3 | GOLDSTEIN, BORGEN, DARDARIAN & HO |
|   | 155 Grand Avenue, Suite 900 |
| 4 | Oakland, CA 94612 |
|   | Tel:  (510) 763-9800 |

Attorneys for Plaintiffs and the Proposed Class/Collective

Paula M. Weber (SBN 121144)
paula.weber@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel: (415) 983-1000

Kimberly Y. Higgins (SBN 245174)
kimberly.higgins@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5406
Tel: (213) 488-7100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY and CURT UYEMURA, individually, and on behalf of others similarly situated, | Case No. 4:20-cv-08329-WHO |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST DISMISSING THIS ACTION** |
| vs. | |
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a corporation; R&B SALES & MARKETING INC., a corporation; and DOES ONE through TEN inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, the Court dismisses all claims in this Action. The claims of the Named Plaintiffs, Party Plaintiffs, the California Class, and Non-California Opt-In Plaintiffs are dismissed with prejudice. The claims of the Non-California Opt-In Eligible Plaintiffs who did not submit a claim form in *Arellano, et al. v. R&B Sales and Marketing, et al.*, Case No. 20STCV04112, are dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 8, 2022

Honorable William H. Orrick
United States Magistrate Judge